UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE BAR, et al.,<br><br>    Defendants. | Case No. 21-cv-06794-JST<br><br>**ORDER OF DISMISSAL**<br>Re: ECF No. 140 |

The Court construes Plaintiff's Motion to Withdraw Case, ECF No. 140, as a request for dismissal pursuant to Rule 41(a)(1)(A). So construed, the request is GRANTED. This case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 2, 2022

                                          JON S. TIGAR
                                      United States District Judge